# <u>ENTRY ORDER</u>

2021 VT 57

SUPREME COURT DOCKET NO. 2019-422

JANUARY TERM, 2021

| State of Vermont | } | APPEALED FROM: |
| | } | |
| | } | |
| v. | } | Superior Court, Chittenden Unit, |
| | } | Criminal Division |
| | } | |
| Gregory Curtis | } | DOCKET NO. 3075-9-17 Cncr |

Trial Judge: Martin A. Maley

In the above-entitled cause, the Clerk will enter:

¶ 1.     This Court has resolved the issues presented in the above-captioned appeal in a decision issued this day in the case of <u>State v. Masic</u>, 2021 VT 56, __Vt.__,__A.3d__.  For the reasons set forth in that opinion, we conclude that 13 V.S.A. § 2828 does not violate the First Amendment of the U.S. Constitution, and we affirm defendant's conviction in this case.

<u>Affirmed</u>.

BY THE COURT:

Paul L. Reiber, Chief Justice

Beth Robinson, Associate Justice

Harold E. Eaton, Jr., Associate Justice

Karen R. Carroll, Associate Justice

William D. Cohen, Associate Justice